Opinion of the Court.

## THOMAS RUDY v. COMMONWEALTH.

Appeal and Error.

Errors by the trial court cannot be available in the Appellate Court, unless excepted to as allowed by section 275 Criminal Code.

Judgment—New Trial.

The refusal of the trial court to grant a new trial on the ground that the verdict of the jury was not sustained by the evidence, is not subject to revision by the Appellate Court. By section 349 Criminal Code, "an error in granting or refusing a new trial," is not one which is sufficient to reverse a judgment.

APPEAL FROM M'LEAN CIRCUIT COURT.

June 9, 1868.

OPINION OF THE COURT BY JUDGE HARDIN:

If the court erred in any ruling as to instructions, asked or given in this case, the error is not available in this court, since such ruling does not appear to have been excepted to, as allowed by section 275, Criminal Code, (Barnes vs. Commonwealth, 3 Met. 13.)

Nor is the action of the court in refusing to grant a new trial on the ground that the verdict of the jury was not sustained by the evidence, subject to revision in this court. By section 349, Criminal Code, "an error in granting or refusing a new trial" is not one which is sufficient to reverse a judgment. (Murphy vs. Commonwealth, 1 Met. 366.)

The judgment is therefore affirmed.

*Owen, for appellant.*